# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

DANIEL L. CARLSON,

       PLAINTIFF,

V.

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION as purchaser of the loans and other assets of WASHINGTON MUTUAL BANK, formerly known as WASHINGTON MUTUAL BANK, FA (THE "SAVINGS BANK") from the FEDERAL DEPOSIT INSURANCE CORP., acting as receiver for THE SAVINGS BANK; WELLS FARGO BANK, NA as Trustee for WAMU MORTGAGE pass through CERTIFICATES SERIES 2005-PR2 TRUST

       DEFENDANTS.

CIVIL NO. 10-272 (PJS/AJB)

**ORDER**

Daniel L. Carlson, 5175 71st Lane, Loretto, MN 55357 (pro se);

Monica L. Davies and Troy M. Parrish, Leonard Street and Deinard, PA, 150 South 5th Street, Suite 2300, Minneapolis, Minnesota 55402 (for Defendants).

      Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated March 12, 2010, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order [Docket No. 8] is **DENIED**.

Dated:  04/05/10

                                                  s/Patrick J. Schiltz
                                                 Patrick J. Schiltz
                                                 United States District Judge