UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIEL L. CARLSON,<br><br>　　　　　　　　PLAINTIFF,<br>v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION as purchaser of the loans and other assets of WASHINGTON MUTUAL BANK, formerly known as WASHINGTON MUTUAL BANK, FA (THE "SAVINGS BANK") from the FEDERAL DEPOSIT INSUANCE CORP., acting as receiver for THE SAVINGS BANK; WELLS FARGO BANK, NA as Trustee for WAMU MORTGAGE pass through CERTIFICATES SERIES 2005-PR2 TRUST,<br><br>　　　　　　　　DEFENDANTS. | CIVIL NO. 10-272 (PJS/AJB)<br><br><br>**ORDER** |

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 26, 2010, with all the files and records, and with no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:　　10/4/10　　　　　　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge